AMINHISOR, (UNITED STATES v.)

[See United States v. Aminhisor, Case No. 14,442.]

## Case No. 332.

### The AMISIA.

[10 Adm. Rec. 254.]

District Court, S. D. Florida. Sept. 2, 1872.

SALVAGE—REMOVAL OF CARGO TO SAVE VESSEL.

[Libel for Salvage by Frederick Roberts and others against the materials and stores of the brig Amisia. There is no opinion accessible.]

[Cited in The El Dorado, 50 Fed. 958, to the point that property which has to be removed in order to save the ship is in as great danger as if the ship were lost; and the fact that she was finally saved is immaterial.]